# IN THE SUPREME COURT OF THE STATE OF NEVADA

PNC BANK, NATIONAL
ASSOCIATION, CLEAR RECON CORP.,
TRUSTEE,

Appellants,

vs.

ROBERT S. FARNSWORTH; AND
SUSAN V. FARNSWORTH,

Respondents.

No. 69118

**FILED**

APR 2 6 2016



## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Kathleen E. Delaney, District Judge
      Ballard Spahr, LLP
      Robert S. Farnsworth
      Susan V. Farnsworth
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-13029